UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| Howard Louis McDonald, Jr., <br> Petitioner, | ) <br> ) <br> ) | No. 1:15-cv-554 |
| -v- | ) <br> ) | HONORABLE PAUL L. MALONEY |
| Kenneth T. McKee, <br> Respondent. | ) <br> ) <br> ) <br> ) | |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 33), and pursuant to Fed. R. Civ. P. 58 and *Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013), **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: July 3, 2017            /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge